IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:11CB7 |
| | ) | Violation Number 2304836 NE14 |
| vs. | ) | |
| | ) | **O R D E R** |
| SCOTT C. FINCH, | ) | |
| | ) | |
| Defendant. | ) | |

On the motion of the United States Attorney's Office, the above-referenced matter is hereby dismissed.

ORDERED this 7th day of September, 2011.

**BY THE COURT:**

s/Thomas D. Thalken
**U. S. MAGISTRATE JUDGE**